IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES GANN,                    )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )        2:20cv359-MHT
                               )             (WO)
ROBERT M. HENLINE, et al.,     )
                               )
     Defendants.               )
```

ORDER

Upon consideration of the document filed by plaintiff (doc. no. 7), in which he states that he wishes to dismiss this case, and which the court construes as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 30th day of June, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE